# AMENDED LIST OF CREDITORS

Anthony Capetola
Two Hillside avenue
Willston Park, New york 11596

American Express Travel Related Services
OA Special Research
P.O. Box 981540
El Paso, TX 79998

Bank of America N.A
p.o box 15222
Wilmington, DE 19886-5222

**Cavalry Portfolio Services, LLC**
PO Box 27288
Tempe, AZ 85285-7288

Honda Financial services
p.o box 65507
Wilmington, DE 19808-0507

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN 55438-5908

Samuelson hause & samuelson LLP
300 Garden city plaza
Garden city, ny 11530

Louis Labert Esq
666 old country road
Garden, ny 11530

Elliot Zaretsky
2 bay club drive apt 3z3
Bayside, ny 11360

Shirley Zaretsky
2 bay club drive
Bayside, ny 11360

Harold Zaretsky
66 philps Lane
Plainview ny 11803

Maxi-aids
42 executive blvd
Farmingdle ny 11375

Roberta Fox
34 harbor way
Sea Cliff, New York, 11579

Lawrence Weinerich
1400 old country road Suite 409
Westbury, ny 11590-5119

Lawrence Weinreich
1400 Old Country Road suit 409
Westbury NY 11590