UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE: FEIGE ZARETSKY,

          Debtor         Case No 8-14-72963-reg

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2014 JUL 14  A 11: 47

RECEIVED

## CHAPTER 13 PLAN

1    The future earnings of the debtor's are submitted to the supervision and control of the trustee. And the debtor(s) shall pay to the trustee for a total of 60 months, the sum of
$90, 000.00

        $ 1500 00 commencing august, 1 2014 through and including
        July 2019 for a period of 60 months.

    From the payments so received the trustee shall make disbursements as follows.

**(a.)    Full payment in deferred cash payments of all valid claims entitled to priority under 11 u S C. §507**

    (b)    Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows

    BanK of America, mortgage holder on marital home in Plainview. New York, to be paid pre-petition in the sum of 1000,89 per month which includes all required interest, over the life of the plan

    Debtor shall pay the following Post-Petition Payments directly to the Secured Creditor listed below during the pendency of the Plan
Honda Financial services . p.o box 65507 Wilmington, DE  19808-0507 Relating to current
    auto lease to be paid $275 00.per montn for 36 months  or until expiration of lease obligation.

(over)

(continued)

The debtor herein, in her capacity as president and majority stockholder of purported creditor. Maxi-Aids, Inc., has nullified, voided and cancelled any and all alleged debts due Maxi-Aids, Inc. in its entirety, thereby leaving no balance owed to same,

(c) Subsequent and/ or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than .002% (percent) annually.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: none rejected

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%L</u> the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt: however, no later than June 15th of the year in which the tax returns are filed,

Title to the debtor's property shall revest in the debtor upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

Dated: July   14   , 2014

_____
FEIGE ZARETSKY,