United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 14-72963-reg
Feige Zaretsky                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8          User: dcorsini          Page 1 of 1          Date Rcvd: Jul 25, 2014
                             Form ID: 273             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db              +Feige Zaretsky,   1909 New York Ave,   Brooklyn, NY 11210-4136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2014 at the address(es) listed below:
        Michael J. Macco    ecf@maccosternlaw.com,   jzarrilli@maccosternlaw.com
        United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                    TOTAL: 2

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                    CASE NO: 8−14−72963−reg

  Feige Zaretsky
  aka Feige Sara Zaretsky

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                   CHAPTER: 13

  xxx−xx−7514

        DEBTOR(s)

---

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies remain regarding the document(s) indicated below. Under § 521(i)(1) of the Bankruptcy Code, these documents are required to be filed no later than 45 days from the filing of the petition.

- ☐ Notice to Individual Consumer Debtor Under **§342(b)** of the Bankruptcy Code (Official Form B201)
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Financial Affairs
- ☐ Statement of Monthly Means Test and Income Calculation
- ☑ Copies of Pay Statements received within 60 days prior to the date of filing

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

Dated: July 25, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court