## OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE

### DIVISION OF CHILD SUPPORT ENFORCEMENT

# View Payments & Disbursements

| | |
|---|---|
| **Account Number** | BK74082X1 |
| **Custodial Parent** | FEIGE S ZARETSKY |
| **Noncustodial Parent** | HAROLD ZARETSKY |
| **County** | Nassau |

## Annual Service Fee

Custodial parents who have **never** received TANF assistance may be charged a $25.00 service fee once a year—during each **federal fiscal year, October 1-September 30.** For more information, visit the service fee questions and answers page.

## Total Arrears Owed

As of 07/25/2014, the total arrears owed on this account is $36157.92.

## Payments

The following are the most recent payments applied to your account:

| Payment Date | Payment Amount |
|---|---|
| 07/17/2014 | $793.70 |
| 07/11/2014 | $3000.00 |
| 07/07/2014 | $793.70 |

## Disbursements

The following are the most recent disbursements to your account:

| Disbursement Date | Disbursement Amount | Disbursement To |
|---|---|---|
| 07/17/2014 | $793.70 | Client |
| 07/11/2014 | $3000.00 | Client |
| 07/07/2014 | $793.70 | Client |
| 06/19/2014 | $793.70 | Client |
| 06/06/2014 | $3412.60 | Client |
| 06/05/2014 | $793.70 | Client |
| 05/29/2014 | $2000.00 | Client |
| 05/22/2014 | $793.70 | Client |
| 05/08/2014 | $5793.70 | Client |

04/28/2014          $5000.00          Client

If you have any questions about your account, please contact your local child support office.

W3C css

## OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE

## DIVISION OF CHILD SUPPORT ENFORCEMENT

# View Payments & Disbursements

| | |
|---|---|
| **Account Number** | BK74082X1 |
| **Custodial Parent** | FEIGE S ZARETSKY |
| **Noncustodial Parent** | HAROLD ZARETSKY |
| **County** | Nassau |

## Total Arrears Owed

As of 07/25/2014, the total arrears owed on this account is $36157.92.

## Payments

The following are the most recent payments applied to your account:

| Payment Date | Payment Amount |
|---|---|
| 07/17/2014 | $793.70 |
| 07/11/2014 | $3000.00 |
| 07/07/2014 | $793.70 |

## Disbursements

The following are the most recent disbursements to your account:

| Disbursement Date | Disbursement Amount | Disbursement To |
|---|---|---|
| 07/17/2014 | $793.70 | Client |
| 07/11/2014 | $3000.00 | Client |
| 07/07/2014 | $793.70 | Client |

### Annual Service Fee

Custodial parents who have **never** received TANF assistance may be charged a $25.00 service fee once a year—during each **federal fiscal year, October 1-September 30.** For more information, visit the service fee questions and answers page.

| 06/19/2014 | $793.70 | Client |
| 06/06/2014 | $3412.60 | Client |
| 06/05/2014 | $793.70 | Client |
| 05/29/2014 | $2000.00 | Client |
| 05/22/2014 | $793.70 | Client |
| 05/08/2014 | $5793.70 | Client |
| 04/28/2014 | $5000.00 | Client |

If you have any questions about your account, please contact your local child support office.

 W3C css