Honorable Roslyn E. Grossman,
United State Bankruptcy ct
Eastern District of New york

CLERK
U.S BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK
2014 SEP -2 P 6: 12
RECEIVED/DB

**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X     Case No.: 8-14-72963-reg
In Re:
FEIGE ZARETSKY
Debtor.

--------------------------------------------------------X
**CERTIFICATE OF SERVICE**

The undersigned Aaron Berlin, being duly affirmed[1] deposes and states under penalties of perjury as follows: that on September 2, 2014 _____

**(date of mailing)**

A copy of the annexed papers affidavit in opposition to motion to dismiss and Amended plan chapter 13 plan & affidavit pursuant local rules 1009-1(a) was served by United States Postal Service within the State of New York, upon

the Clerk of the United States Bankruptcy Court,
290 Federal Plaza, P.O. Box 9013,
Central Islip, New York, 11722

Office of the United States Trustee,
290 Federal Plaza,
Central Islip, New York, 11722

MICHAEL J. MACCO
Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, New York 11747

Anthony Capetola
Two Hillside avenue
Willston Park, New york 11596

American Express Travel Related Services
OA Special Research
P.O. Box 981540
HI Paso, TX 79998

---

[1] For religious reasons I refrain from taking an oath.

Bank of America N.A
p.o box 15222
Wilmington,DE 19886-5222

**Cavalry Portfolio Services, LLC**
PO Box 27288
Tempe, AZ 85285-7288

Honda Financial services
p.o box 65507
Wilmington, DE  19808-0507

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN  55438-5908

Samuelson hause &samuelson LLP
300 Garden city plaza
Garden city,ny 11530

Louis Labert Esq
666 old country road
Garden, ny 11530

Elliot Zaretsky
2 bay club drive apt 3z3
Bayside,ny 11360

Shirley Zaretsky
2 bay club drive
Bayside, ny 11360

Harold Zaretsky
66 philps Lane
Plainview ny 11803

Maxi-aids
42 executive blvd
Farmingdle ny 11375

Roberta Fox
34 harbor way
Sea Cliff, New York, 11579

JULIE PORTUGUEZ
GOLDMAN & MAURER, LLP
475 Northern Blvd., Suite 24
Great Neck, NY 11021

Lawrence Weinerich
1400 old country road Suite 409
Westbury, ny 11590-5119

9/2/2014
_____
Aaron Berlin

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE: Feige Zaretsky

Case No.: 8-14-72963-reg

**Debtor(s)**          **CHAPTER 13 PLAN**

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of: 200,000

$ 1500 from August 1, 2014 through August 31 2014, for a period of 1 month; total $1,500

$ 500 commencing September 1, 2014 through and including August 1 2015 for a period of 12 months; total $ 6,000

$ 1500 commencing September 1, 2015 through and including August 1 2016 for a period of 12 months; total $ 18,000

$ 3,500 commencing September 1, 2016 through and including August 1 2017 for a period of 12 months. total $ 42,000

$ 4,500 commencing September 1, 2017 through and including August 1 2018 for a period of 12 months; total $ 54,000

$6,500 commencing September 1 2018 through and including August 1, 2019 for a period of 12 months; total $78,000

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Full payment in deferred cash payments of all claims entitled to priority under 11U.S.C. §507.
    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

_____ (mortgage holder) to be paid pre-petition arrears in the sum of $500 _____ plus _____ % interest over the life of the plan.

(c) Subsequent and/ or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than _____ %(percent).**

3. All lease agreements are hereby assumed, unless specifically rejected as follows: _____

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%),</u> the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed,

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor(s) will not iftcur post-petition de£U)ver $1,500.06 without written consent of the Chapter 13 trustee or the Court.

Debtor,

Dated: 9/2/2014

Attorney for Debtor