```
                        United States Bankruptcy Court
                         Eastern District of New York
In re:                                                       Case No. 14-72963-reg
Feige Zaretsky                                               Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-8         User: mtagle            Page 1 of 2         Date Rcvd: Sep 22, 2014
                             Form ID: 227            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2014.
db           +Feige Zaretsky,    1909 New York Ave,    Brooklyn, NY 11210-4136
tr           +Michael J. Macco,    135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153
8366306      +Anthony Capctola,    Two Hillside avenue,    Willston Park, New york 11596-2392
8357737       Bank of America,    p.b. box 5770,    Wilmington, de 19808
8389361      +Bank of America, N.A.,    c/o Sweeney, Gallo, Reich & Bolz, LLP,
               95-25 Queens Boulevard, 11th floor,    Rego Park, NY 11374-4509
8357738      +Honda of financial service,    p.o box 6557,    Wilmington DE 19804
8366310       Ilonda Financial services,    p.o box 65507,    Wilmington. DF 19808-0507
8366317       Lawrence Weinerich,    1400 old country road Suite 409,    Westbury, ny 11590-5119
8366318      +Lawrence Weinreich,    1400 Old Country Road suit 409,    Westbury NY 11590-5119
8366312      +Louis Labert Esq,    666 old country road,    Garden. ny 11530-2015
8405784      +Maxi-Aids, Inc.,    c/o Mr. Elliot Zaretsky,    2 Bay Club Drive,    Bayside, NY 11360-2957
8405783      +Mr. Elliot Zaretsky,    2 Bay Club Drive,    Bayside, NY 11360-2957
8405782      +Mrs. Shirley Zaretsky,    2 Bay Club Drive,    Bayside, NY 11360-2957
8366316      +Roberta Fox,    34 harbor way,    Sea Cliff, New York 11579-2126
8357740      +Samuelson Hause & Samelson LLP,    300 Garden City Plaza,    Garden City,ny 11530-3332
8357739      +Weinstein Lawrence,    1400 old country road,    westbury, NY 11590-5156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Sep 22 2014 18:06:15     United States Trustee,
               Office of the United States Trustee,    Long Island Federal Courthouse,
               560 Federal Plaza - Room 560,    Central Islip, NY 11722-4456
8365260       EDI: HNDA.COM Sep 22 2014 18:13:00     American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
8366307      +EDI: AMEREXPR.COM Sep 22 2014 18:13:00     American Express Travel Related Services,
               OA Special Research,    P.O. Box 981540,    Hl Paso, TX 79998-1540
8366308       EDI: BANKAMER.COM Sep 22 2014 18:13:00     Bank of America N .A,    p.o box 15222,
               Wilmington,DE 19886-5222
8366309       E-mail/Text: bankruptcy@cavps.com Sep 22 2014 18:06:19     Cavalry Portfolio Services, LLC,
               PO Box 27288,    Tempe, AZ 85285-7288
8368471      +E-mail/Text: bankruptcy@cavps.com Sep 22 2014 18:06:20     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
8366311       E-mail/Text: data_processing@fin-rec.com Sep 22 2014 18:06:11
               FINANCIAL RECOVERY SERVICES, INC.,    P.O. BOX 385908,    MINNEAPOLIS, MN 55438-5908
8394290       EDI: PRA.COM Sep 22 2014 18:13:00     Portfolio Recovery Associates, LLC,
               c/o Washington Mutual,    POB 41067,    Norfolk VA 23541
8387884       EDI: Q3G.COM Sep 22 2014 18:13:00     Quantum3 Group LLC as agent for,
               Galaxy Asset Purchasing LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8405785         Mr. Harold Zaretsky,    66 Phillips Lane,    Plainvie
aty*         +Michael J. Macco,    135 Pinelawn Road,    Suite 120 South,    Melville, NY 11747-3153
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2014 at the address(es) listed below:
              Ellen W Maurer     on behalf of Creditor Elliot  Zaretsky emaurer@gmlawnow.com
              Ellen W Maurer     on behalf of Plaintiff Harold  Zaretsky emaurer@gmlawnow.com
              Melanie Anne Sweeney    on behalf of Creditor    Bank of America, N.A. msweeney@msgrb.com,
               blink@msgrb.com,onewsome@msgrb.com
              Michael J. Macco     ecf@maccosternlaw.com,    jzarrilli@maccosternlaw.com
              Michael J. Macco     on behalf of Trustee Michael J. Macco ecf@maccosternlaw.com,
               jzarrilli@maccosternlaw.com
```

```
District/off: 0207-8          User: mtagle              Page 2 of 2               Date Rcvd: Sep 22, 2014
                              Form ID: 227              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard J Miller    on behalf of Creditor    HVT inc. tburns@millerdubuc.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov

                                                                                                                                                                                            TOTAL: 7

# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8–14–72963–reg |
| Feige Zaretsky<br>aka Feige Sara Zaretsky | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx–xx–7514 | |
| DEBTOR(s) | |

## NOTICE OF DISMISSAL OF CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 13 petition in bankruptcy on June 26, 2014 and an order having been entered by the Honorable Robert E. Grossman, United States Bankruptcy Judge, on September 22, 2014 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: September 22, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]