Official Form 17
(12/04)

# United States Bankruptcy Court

__EASTERN__ District Of __NEW YORK__

In re __FEIGE ZARETSKY__,
Debtor

Case No. __8-14-BK-72963__

Chapter __13__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__FEIGE ZARETSKY, DEBTOR__, the ~~plaintiff [or defendant or other par~~ty] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __22__ day of __SEPTEMBER, 2014__
(month)     (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: __OCTOBER, 2, 2014__

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __FEIGE ZARETSKY - APPELLANT PRO-SE__

Address: __c/o 1909 NEW YORK AV.,__
__BROOKLYN, N.Y., 11210__

Telephone No: __347-254-3532__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. 814-72963     Adv. Pro. No. *(if applicable)*_____

## Bankruptcy Appeal

| APPELLANTS | APPELLEES |
|---|---|
| FEIGE ZARETSKY<br>10 Chestnut Drive<br>Plainview, New York, 11803 | MICHEAL J. MACCO, ESQ.,<br>CHAPTER 13 TRUSTEE<br>135 Pinelawn Road, Suite 120 South<br>Melvile, New York, 11747 |

| ATTORNEYS (FIRM NAME, ADDRESS, TEL. NO.) | ATTORNEYS (IF KNOWN) |
|---|---|
| Debtor Pro Se | As Above |

BASIS OF JURISDICTION: Federal Question

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*

Appeal of order Bankruptcy Chapter 13 order of dissmisal.

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE Hon. Robert E. Grossman     DOCKET NUMBER # 34

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ *1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT*
☐ *2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION*
☐ *3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK*

Date: October 1, 2014     Signature of Attorney of Record: X [signature]
*[or Appellant Pro Se]*

***FOR COURT USE ONLY***

APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County? __Yes__

If YES, please indicate which county: __Nassau__

---

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐         NO ☑

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)         NO ☑

---

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code: _____

E-Mail Address: _____

USBC-84 [r.4/10/03]

Case 8-14-72963-reg    Doc 37    Filed 10/02/14    Entered 10/02/14 16:47:06
Case 8-14-72963-reg    Doc 34    Filed 09/22/14    Entered 09/22/14 15:36:47

Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road – Suite 120 South
Melville, NY 11747

*This Order relates to a hearing on September 4, 2014*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

FEIGE ZARETSKY
aka FEIGE SARA ZARETSKY

                     Debtor(s)
-------------------------------------------------------X

tmm1634

Chapter 13

Case No.: 814-72963-736

**ORDER**

      Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 4th day of SEPTEMBER, 2014, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

      **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§§109(e), 521, & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York
September 22, 2014

Robert E. Grossman
United States Bankruptcy Judge