**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re

                                        Case No.

---------------------------------------------------------x

## APPEAL DEFICIENCY NOTICE

**To:** _____

The notice of appeal filed by you on _____ was deficient in the following respect(s):

_____    Civil Cover Sheet not submitted.

_____    No certificate of service as to Notice of Appeal – Forward either a Certificate of Service or sufficient copies of the notice of appeal and address labels for all parties to be served to permit the Clerk to comply with Bankruptcy Rule 8004.  **[EDNY LR 8004-1]**

_____    OTHER: _____
_____
_____

Date:                                                                    **Robert A. Gavin, Jr.**
                                                                         **Clerk of Court**

                                                                         By: _____
                                                                         Deputy Clerk