# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dcorsini | Date Created: 10/3/2014 |
| Case: 8−14−72963−reg | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         USTPRegion02.LI.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Feige Zaretsky         1909 New York Ave         Brooklyn, NY 11210
           Feige Zaretsky         10 Chestnut Drive         Plainview, NY 11803

TOTAL: 2