**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No.: 8-14-72963-reg
In Re:
FEIGE ZARETSKY
Debtor.

-----------------------------------------------------------X
**CERTIFICATE OF SERVICE**

The undersigned Aaron Berlin, being duly affirmed[1] deposes and states under penalties of perjury as follows: that on October 14, 2014 _____

**(date of mailing)**

A copy of the annexed Notice of Appeal served by United States Postal Service within the State of New York, upon

the Clerk of the United States Bankruptcy Court,
290 Federal Plaza, P.O. Box 9013,
Central Islip, New York, 11722

Office of the United States Trustee,
290 Federal Plaza,
Central Islip, New York, 11722

MICHAEL J. MACCO
Chapter 13 Trustee
135 Pinelawn Road, Suite 120 South
Melville, New York 11747

Anthony Capetola
Two Hillside avenue
Willston Park, New york 11596

American Express Travel Related Services
OA Special Research
P.O. Box 981540
Hl Paso, TX 79998

Bank of America N.A
p.o box 15222

---

[1] For religious reasons I refrain from taking an oath.

Wilmington,DE 19886-5222

**Cavalry Portfolio Services, LLC**
PO Box 27288
Tempe, AZ 85285-7288

Honda Financial services
p.o box 65507
Wilmington, DE 19808-0507

FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN 55438-5908

Samuelson hause &samuelson LLP
300 Garden city plaza
Garden city,ny 11530

Louis Labert Esq
666 old country road
Garden, ny 11530

Elliot Zaretsky
2 bay club drive apt 3z3
Bayside,ny 11360

Shirley Zaretsky
2 bay club drive
Bayside, ny 11360

Harold Zaretsky
66 philps Lane
Plainview ny 11803

Maxi-aids
42 executive blvd
Farmingdle ny 11375

Roberta Fox
34 harbor way
Sea Cliff, New York, 11579

JULIE PORTUGUEZ
GOLDMAN & MAURER, LLP
475 Northern Blvd., Suite 24
Great Neck, NY 11021

Lawrence Weinerich
1400 old country road Suite 409
Westbury, ny 11590-5119

_____
                Aaron Berlin

Official Form 17
(12/04)

# United States Bankruptcy Court

__EASTERN__ District Of __NEW YORK__

In re __FEIGE ZARETSKY__,
Debtor

Case No. __8-14-BK-72963__

Chapter __13__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__FEIGE ZARETSKY, DEBTOR__, the ~~plaintiff [or defendant or other party]~~ appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __22__ day of __SEPTEMBER, 2014__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(month)　　　(year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Dated: __OCTOBER 2, 2014__

Signed: _[signature]_
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __FEIGE ZARETSKY - APPELLANT PRO-SE__

Address: __c/o 1909 NEW YORK AV.,__
__BROOKLYN, N.Y., 11210__

Telephone No: __347-254-3532__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Michael J. Macco
Chapter 13 Trustee
135 Pinelawn Road – Suite 120 South
Melville, NY 11747

*This Order relates to a hearing on September 4, 2014*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

FEIGE ZARETSKY
aka FEIGE SARA ZARETSKY

Debtor(s)
----------------------------------------------------------X

tmm1634

Chapter 13

Case No.: 814-72963-736

**ORDER**

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 4th day of SEPTEMBER, 2014, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§§109(e), 521, & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York
September 22, 2014

Robert E. Grossman
United States Bankruptcy Judge