**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                                          Case No.

                                                                                                                 Chapter:

                                                                  Debtor
---------------------------------------------------------------x

_____

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal having been filed herein by

**PLEASE TAKE NOTICE** that transmittal is made of the following pursuant to Bankruptcy Rule 8007(b):

                                                                                     **Robert A. Gavin, Jr.**
                                                                                     **Clerk of Court**

Dated:                                                                                         **By**: _____
                                                                                                          *Appeals Clerk*